# Notice Recipients

District/Off: 0970−4   User: admin   Date Created: 1/24/2022
Case: 4:21−bk−04228−SHG   Form ID: pdf001   Total: 14

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | JILL H. FORD | jford@trustee.phxcoxmail.com |
| aty | GLENN W. ROETHLER | glenn@grattorneys.com |
| aty | PATRICK T. DERKSEN | pderksen@wdlawpc.com |
| aty | SCOTT L. GREEVES | scott@grattorneys.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Leah S Suppo | 42563 W. Bravo Drive    Maricopa, AZ 85138 |
| cr | American Express National Bank C/O Zwicker & Associates, PC | 80 Minuteman Road    P.O. Box 9043    Andover, MA 01810−1041 |
| 16453276 | AMEX | PO BOX 297871    FORT LAUDERDALE, FL 33329 |
| 16453277 | ARIZONA ATTORNEY GENERAL | 2005 N CENTRAL AVE    PHOENIX, AZ 85004−2926 |
| 16453278 | ARIZONA DEPARTMENT OF REVENUE | 1600 WEST MONROE    COLLECTIONS − DIVISION CODE 23    PHOENIX, AZ 85007−2612 |
| 16453279 | CAPITAL ONE BANK USA N | PO BOX 31293    SALT LAKE CITY, UT 84131 |
| 16453280 | I.C. SYSTEM, INC | PO BOX 64378    SAINT PAUL, MN 55164 |
| 16453281 | INTERNAL REVENUE SERVICE | PO BOX 7346    CENTRALIZED INSOLVENCY    PHILADELPHIA, PA 19101−7346 |
| 16453282 | MB FIN SVCS | P.O. BOX 961    ROANOKE, TX 76262 |
| 16453283 | U.S. DEPARTMENT OF EDUCATION | 400 MARYLAND AVE, SW    WASHINGTON, DC 20202 |

TOTAL: 10