United States Bankruptcy Court
District of Arizona

In re:  Case No. 21-04228-SHG
Leah S Suppo  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4  User: admin  Page 1 of 2
Date Rcvd: Jan 24, 2022  Form ID: pdf001  Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Leah S Suppo, 42563 W. Bravo Drive, Maricopa, AZ 85138-9411 |
| cr | + | American Express National Bank C/O Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 16453277 | + | ARIZONA ATTORNEY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ 85004-1592 |
| 16453282 | + | MB FIN SVCS, P.O. BOX 961, ROANOKE, TX 76262-0961 |
| 16453283 | + | U.S. DEPARTMENT OF EDUCATION, 400 MARYLAND AVE, SW, WASHINGTON, DC 20202-0008 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16453276 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 22:45:09 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 16453278 | | Email/Text: bankruptcynotices@azdor.gov | Jan 24 2022 22:32:00 | ARIZONA DEPARTMENT OF REVENUE, 1600 WEST MONROE, COLLECTIONS - DIVISION CODE 23, PHOENIX, AZ 85007-2612 |
| 16453279 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 22:45:01 | CAPITAL ONE BANK USA N, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 16453280 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 24 2022 22:33:00 | I.C. SYSTEM, INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 16453281 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 22:33:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, CENTRALIZED INSOLVENCY, PHILADELPHIA, PA 19101-7346 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022　　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GLENN W. ROETHLER | on behalf of Debtor Leah S Suppo glenn@grattorneys.com scott@grattorneys.com,alicia.krick@gmail.com,notices@nextchapterbk.com,2966@notices.nextchapterbk.com,admin@grattorneys.com |
| JILL H. FORD | jford@trustee.phxcoxmail.com AZ31@ecfcbis.com |
| PATRICK T. DERKSEN | on behalf of Trustee JILL H. FORD pderksen@wdlawpc.com abourassa@wdlawpc.com |
| SCOTT L. GREEVES | on behalf of Debtor Leah S Suppo scott@grattorneys.com alicia.krick@gmail.com,notices@nextchapterbk.com,3067@notices.nextchapterbk.com,admin@grattorneys.com,glenn@grattorneys.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

| | |
|---|---|
| 1 | Patrick T. Derksen (State Bar I.D. No. 023178)<br>**WITTHOFT DERKSEN, P.C.** |
| 2 | 3550 North Central Avenue, Suite 1006<br>Phoenix, Arizona 85012 |
| 3 | Telephone: (602) 680-7332<br>Facsimile: (602) 357-7476 |
| 4 | Email: pderksen@wdlawpc.com |
| 5 | Attorneys for Trustee, Jill H. Ford |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LEAH S. SUPPO, | ) | Case No. 4:21-bk-04228-SHG |
| | ) | |
| Debtor. | ) | **NOTICE OF TRUSTEE'S SALE** |
| | ) | |
| | ) | **(RESTITUTION CLAIMS)** |
| | ) | |

NOTICE IS HEREBY GIVEN, pursuant to Section 363 of the United States Bankruptcy Code, Bankruptcy Rule 6004 and Local Bankruptcy Rule 6004-1, that property belonging to the estate of the above-named debtor will be sold to the person making the highest and best offer on **February 25, 2022 at 8:30 a.m. (Phoenix time)**. The sale will be conducted telephonically only. Bidders may participate in the sale by connecting to a conference call at the foregoing date and time. The conference call may be accessed by calling: (310) 372-7549, wait for the prompt, then enter access code 831482 and then press #.

Property to be sold:  The estate's interest in the following three restitution claims (collectively, the "Restitution Claims"):

1.  $100,000.00 against Robert Anthony Freese in Maricopa County Superior Court, Case No. CR2013-002554-001.

2.  $762,449.36 against Britnee Morgan Guisinger in Maricopa County Superior Court, Case No. CR2013-002554-002.

3.  Restitution claim against a Shane Polec (no further information provided).

Terms of Sale:  Cashier's check within 3 days of sale, payable to "Jill H. Ford, Trustee." The sale is "AS IS, WHERE IS" without any representations or warranties of any kind or nature. The sale is subject to all liens, claims and interests. The Trustee does not know

1

of any liens at this time. There is not an appraisal of the property. Interested parties are expected to conduct their own due diligence.

All sales are subject to Trustee's final approval. The property to be sold will be conveyed by an Assignment executed by the Trustee.

The Trustee may establish minimum bidding intervals at the sale in the Trustee's discretion. All bidders will be held strictly liable for any bid submitted. Each party that places a bid shall provide their name, e-mail and phone upon placing their initial bid. If a party other than the current buyer is the highest bidder and does not close the sale, the Trustee reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report of sale to be filed by the Trustee.

To:    SM Financial Services Corporation.

Purchase Price: $1,000.00, or any person making a higher and better offer. The contemplated sale is subject to higher and better bids. The property to be sold will be offered to the person making the highest bid at the sale.

Inquiries: Contact the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Telephone: (602) 774-3555. E-mail: pderksen@wdlawpc.com

  The prospective buyer is not an insider. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.

  The proceeds from the sale of the property shall be paid directly to the Trustee and retained by the estate. The bankruptcy estate is the only entity known or believed to hold interests in the property to be sold. No compensation will be paid from the sale proceeds. The Trustee is not aware of a formal appraisal of the property to be sold. No motion for stay relief has been filed with respect to the property to be sold.

  Any person opposing the sale shall file a written objection with the Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003 and mailed to the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Any such objection must be filed and served within 21 days of the date of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

Case 4:21-bk-04228-SHG    Doc 41    Filed 01/24/22    Entered 01/26/22 22:33:21    Desc
Imaged Certificate of Notice    Page 4 of 5

Dated: January 24, 2022.    **WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen    #023178
Patrick T. Derksen
Attorneys for the Trustee, Jill H. Ford

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER.**

Copy of the foregoing *e-mailed/mailed/**sent via facsimile
this 24 day of January, 2022, to:

*Larry Watson, Esq.
United States Trustee's Office
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*Jill H. Ford
P.O. Box 5845
Carefree, Arizona 85377
Chapter 7 Trustee
jford@trustee.phxcoxmail.com

Leah S. Suppo
42563 W. Bravo Dr.
Maricopa, AZ 85138
Debtor

*Scott L. Greeves
*Glenn W. Roethler
Greeves & Roethler, PLC
1817 E. Southern Ave., Ste. 491
Tempe, AZ 85282
scott@grattorneys.com
glenn@grattorneys.com
Attorney for Debtor

*Steve Mitnick
SM Financial Services Corporation
smitnick@sm-lawpc.com

/s/ Aimee Bourassa

3